IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRY D. CRANFORD,            No. C 09-03370 SBA (PR)

    Plaintiff,                          **ORDER OF DISMISSAL**

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION, et al.,

    Defendants.
                                                    /

      This action was opened in error when the Court received a civil rights complaint form from Plaintiff that was intended to be filed in a previously-filed action -- Case No. C 09-3254 SBA (PR). Plaintiff had only filed a motion for leave to proceed in forma pauperis in Case No. C 09-3254 SBA (PR); therefore, he was informed by the Clerk of the Court that his action could not go forward until he filed with the Court a civil rights complaint form. Plaintiff completed and filed a civil rights complaint form; however, he did not indicate that it was to be filed in Case No. C 09-3254 SBA (PR). Therefore, as mentioned above, it was opened as a new action.

      Plaintiff currently has two separate civil rights actions pending, although he meant to file only one action. Accordingly, the Clerk is directed to remove Plaintiff's civil rights complaint form from this action, to file it in his previously-filed action, Case No. C 09-3254 SBA (PR), and to docket it as Plaintiff's "Complaint." The Clerk is further directed to mark it as filed on July 22, 2009, the date it was received by the Court. The Court will review Plaintiff's "Complaint" in a

separate written Order in Case No. C 09-3254 SBA (PR).

The present action is DISMISSED because it was opened in error. No filing fee is due. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 9/4/09

SAUNDRA BROWN ARMSTRONG
United States District Judge

P:\PRO-SE\SBA\CR.09\Cranford3370.Dism-FILEDinERROR.wpd 2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

TERRY D CRANFORD,

        Plaintiff,

  v.

CA DEPT OF CORRECTIONS et al,

        Defendant.

Case Number: CV09-03370 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 9, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Terry Dale Cranford J-79096
California State Prison - San Quentin
San Quentin, CA 94974

Dated: September 9, 2009

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.09\Cranford3370.Dism-FILEDinERROR.wpd